IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Criminal Action:   15-cr-00290-RBJ           Date:  March 8, 2016
Courtroom Deputy:  Julie Dynes               Court Reporter: Kara Spitler
Interpreter:       N/A                       Probation: Gary Kruck

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Rebecca S. Weber* |
| v. | |
| 2.  FRANK ROBERT KING<br>**Defendant** | *Peter D. Menges* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Appearances of counsel.

Defendant present in custody.

Discussion held on [122] Mr. Frank King's Objections to the Presentence Investigation.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [122] Mr. Frank King's Objections to the Presentence Investigation Report is **DENIED.**

[127] Mr. Frank King's Motion for a Variant Below Guideline Sentence is **DENIED.**

        [121] Motion to Dismiss Counts is **GRANTED.**

        [129] Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. §3E1.1(b) is **GRANTED.**

**ORDERED:** Joint and several restitution in the total amount of **$32,015.43, interest is waived.**

        Defendant shall be **imprisoned** for **33 months** as to Counts Four and Six of the Indictment, to run concurrent.

        Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

        **Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$200.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado with the RDAP program.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  8:59 a.m.          Hearing concluded.          Total time:     00:29